# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CARLOS HALL, SR.**                                                                                          **PLAINTIFF**

**v.**                               **CASE NO. 4:21-CV-00112-BSM**

**TURN KEY HEALTH CLINICS, LLC,** *et al.*                                               **DEFENDANTS**

## ORDER

Carlos Hall's motion for remand [Doc. No. 25] is granted and this case is immediately remanded to the Pulaski County Circuit Court because there is no jurisdiction over this case. 28 U.S.C. §1447(e); *Spradlin v. NPC Int'l, Inc.*, No. 4:08-CV-4075-JMM, 2009 WL 801621 at *2 (E.D. Ark. March 25, 2009) (remanding case when joinder of defendants destroyed diversity jurisdiction). All other motions are denied as moot.

IT IS SO ORDERED this 18th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE